**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roger A. Adkins, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Stacie F. Adkins** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Aaron's**<br>**PO Box 100039**<br>**Kennesaw, GA 30156**<br><br>Description of property securing debt: **stereo** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will retain collateral and continue making payments** | ■ No<br><br>☐ Yes |
| Creditor's name: **Farmers Home Furniture**<br>**2221 Jacksboro Pk, Ste A-2**<br>**La Follette, TN 37766**<br><br>Description of property securing debt: **mattress** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **NPRTO South-East, LLC**<br>**a/k/a Progressive Leasing**<br>**256 W. Data Dr.** | ☐ Surrender the property. | ■ No<br><br>☐ Yes |

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **Roger A. Adkins, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Stacie F. Adkins** | Case number (*if known*) | |

| | | | |
|---|---|---|---|
| name: | **Draper, UT 84020** | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | |
| Description of property securing debt: | **patio furniture** | ■ Retain the property and [explain]:<br>**Debtor will retain collateral and continue making payments** | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Platinum Auto Finance**<br>**25 N Main Ave.**<br>**Clearwater, FL 33765** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ☐ Yes |
| Description of property securing debt: | **2011 Ford Explorer > 150,000 miles**<br>**VIN: 1FMHK7D8XBGA57379.**<br>**Daughter drives car.** | ■ Retain the property and [explain]:<br>**Debtor will retain collateral and continue making payments** | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | **Aaron's**<br>**PO Box 100039** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Kennesaw GA 30156-0000**<br>**Lease-purchase agreement for stereo - Debtors will assume contract** | |
| Lessor's name: | **NPRTO South-East, LLC**<br>**a/k/a Progressive Leasing**<br>**256 W. Data Dr.** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Draper UT 84020-0000**<br>**Lease-purchase agreement for patio furniture - Debtors will assume lease.** | |

| Debtor 1 | **Roger A. Adkins, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Stacie F. Adkins** | Case number (*if known*) | |

Part 3:    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Roger A. Adkins, Jr.**
**Roger A. Adkins, Jr.**
Signature of Debtor 1

Date    **October 17, 2019**

X **/s/ Stacie F. Adkins**
**Stacie F. Adkins**
Signature of Debtor 2

Date    **October 17, 2019**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

In re:   Roger A. Adkins
         Stacie F. Adkins

                                              No.
         Debtors.                             Chapter 7

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Statement of Intention was served by U.S. mail or electronic mail upon the following creditor(s):

Aaron's
PO Box 100039
Kennesaw, GA 30156

Farmers Home Furniture
2221 Jacksboro Pk, Ste A-2
La Follette, TN 37766

NPRTO South-East, LLC
a/k/a Progressive Leasing
256 W. Data Dr.
Draper, UT 84020

Platinum Auto Finance
25 N Main Ave.
Clearwater, FL 33765

and delivered electronically to the Chapter 7 Trustee, via ECF, on this the 17th day of October, 2019.

                                                s/ Hannah Tippett
                                                Ann Mostoller, #001146
                                                Hannah Tippett, #028287
                                                Attorneys for the Debtors
                                                Mostoller, Stulberg, Whitfield & Allen
                                                136 S. Illinois Ave., Suite 104
                                                Oak Ridge, TN  37830
                                                (865) 482-4466